UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Darrel Raymond Delage,

        Plaintiff,                    Civil No. 05-2782 (RHK/AJB)

vs.                                **DISQUALIFICATION AND**
                                      **ORDER FOR REASSIGNMENT**

Garlock Sealing Technologies, L.L.C.,
f/k/a Garlock, Inc., Owens-Illinois, Inc.,
General Electric Company, Rapid American
Corporation, Metropolitan Life Insurance
Company,

        Defendants.

        The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  December 20, 2005

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge